# UNITED STATES DISTRICT COURT
### for the
Western District of North Carolina

RECEIVED
UNITED STATES MARSHAL

UNITED STATES OF AMERICA

v.

FRANCISCO GONZALEZ MALDONADO,
a/k/a FRANCISCO MALDONADO,
a/k/a FRANCISCO MALDONADO GONZALEZ,
a/k/a JUAN MARTINEZ

1:36 pm, Feb 12 2026

WESTERN NORTH CAROLINA
CHARLOTTE

Case No. 3:26MJ 21-DCK

FILED
Charlotte
Mar 05 2026
U.S. District Court
Western District of N.C.

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay
*(name of person to be arrested)* FRANCISCO GONZALEZ MALDONADO
who is accused of an offense or violation based on the following document filed with the Court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Illegal Reentry by a Convicted Aggravated Felon (8 U.S.C. § 1326(a) & (b)(2))

Date: 2/11/2026

*Issuing officer's signature*

City and state: Charlotte, North Carolina

Honorable David C. Keesler, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 2-12-2026, and the person was arrested on (date) 2-13-2026
at (city and state) Charlotte, NC.

Date: 2-13-2026

*Arresting officer's signature*

DO
*Printed name and title*

Case: 3:26-mj-00021-DCK-001   Document 2   Filed 02/12/2026   Page 1 of 1
Case 3:26-mj-00021-DCK   Document 7   Filed 03/05/26   Page 1 of 1